## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Philip A. Weidman                    CHAPTER 13
       Maureen M. Weidman
          Debtor(s)          BKY. NO. 20-11825 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM6 and index same on the master mailing list.

                  Respectfully submitted,

/s/ 
Rebecca Solarz
11 Dec 2020, 16:15:16, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322