UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:     PHILIP A WEIDMAN                    CASE NO:    20-11825

                                               CHAPTER:    13

   Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 5-1 filed on 04/22/2020, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.


08/21/2024                              /s/Tamika Chew
                                        Bankruptcy Processor
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | PHILIP A WEIDMAN | CASE NO: | 20-11825 |
| | | CHAPTER: | 13 |

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 08/21/2024, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

08/21/2024                               /s/Tamika Chew
                                         Bankruptcy Processor
                                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.