United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11825-djb |
| Philip A. Weidman | Chapter 13 |
| Maureen M. Weidman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip A. Weidman, Maureen M. Weidman, 212 New Hope Street, Plymouth Meeting, PA 19462-2443 |
| 14490607 | + | Athene Annuity and Life Co, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14493362 | + | CitiMortgage Inc., c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14493150 | + | CitiMortgage, Inc., c/o Cenlar, PO Box 682, Pine Brook, NJ 07058-0682 |
| 14489102 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14521420 | + | HEMAP PA Housing Fin Agy, c/o Leon P. Haller, Esq., Purcell, Krug & Haller, 1719 N Front St., Harrisburg, PA 17102-2392 |
| 14489116 | + | Rebecca Weidman, 212 New Hope Street, Plymouth Meeting, PA 19462-2443 |
| 14568966 | + | U.S. Bank Trust National Association, as Trustee f, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2025 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2025 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14490127 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2025 23:57:00 | Athene Annuity and Life Company, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14506554 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2025 23:57:00 | Athene Annuity and Life Company, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14489106 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2025 23:57:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14503768 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 12 2025 23:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14489107 | | Email/Text: BKelectronicnotices@cenlar.com | May 12 2025 23:57:00 | Cenlar, FSB, P.O. Box 77404, Ewing, NJ 08628 |
| 14504185 | | Email/PDF: bncnotices@becket-lee.com | May 13 2025 00:09:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14508010 | + | Email/Text: BKelectronicnotices@cenlar.com | May 12 2025 23:57:00 | CitiMortgage, Inc., C/O Cenlar FSB, BK Department 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14508205 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2025 00:10:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14489108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-11825-djb    Doc 53    Filed 05/14/25    Entered 05/15/25 00:37:07    Desc Imaged
                            Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 12, 2025 | Form ID: 138OBJ | Total Noticed: 42 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | May 13 2025 00:10:04 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14489109 | | Email/Text: BKPT@cfna.com | May 12 2025 23:57:00 | Credit First Natl. Assn., P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14489111 | | Email/Text: mrdiscen@discover.com | May 12 2025 23:57:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14489110 | + | Email/PDF: bankruptcy_prod@navient.com | May 13 2025 00:09:29 | Dept. of Education/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 14492336 | | Email/Text: mrdiscen@discover.com | May 12 2025 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14489105 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 12 2025 23:57:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14497428 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 12 2025 23:57:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14508397 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 12 2025 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14489112 | ^ | MEBN | May 12 2025 23:56:19 | Kia Motors Finance Company, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 14489113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2025 23:58:29 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14492342 | | Email/PDF: cbp@omf.com | May 12 2025 23:58:28 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14489114 | + | Email/PDF: cbp@omf.com | May 13 2025 00:09:22 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14489115 | + | Email/Text: bncnotifications@pheaa.org | May 12 2025 23:57:00 | PHFA-HEMAP, 211 North Front Street, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14509089 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2025 00:09:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14525875 | + | Email/Text: blegal@phfa.org | May 12 2025 23:57:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14489117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2025 00:10:12 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14489118 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2025 23:57:00 | Select Portfolio Servicing, 10401 Deerwood Park Boulevard, Jacksonville, FL 32256-0505 |
| 14489119 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 12 2025 23:58:29 | Synchrony BankMavis Tire, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14506737 | + | Email/Text: bncmail@w-legal.com | May 12 2025 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14489120 | + | Email/Text: bncmail@w-legal.com | May 12 2025 23:57:00 | TD Bank USA/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14489121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2025 00:09:26 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14563216 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2025 23:57:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14496047 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 13 2025 00:10:05 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14489122 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 13 2025 00:09:31 | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 12, 2025 | Form ID: 138OBJ | Total Noticed: 42

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14489104 | *+ | Maureen M. Weidman, 212 New Hope Street, Plymouth Meeting, PA 19462-2443 |
| 14489103 | *+ | Philip A. Weidman, 212 New Hope Street, Plymouth Meeting, PA 19462-2443 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

**Name** — **Email Address**

DANIEL P. JONES
on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor CitiMortgage Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID B. SPITOFSKY
on behalf of Debtor Philip A. Weidman spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DAVID B. SPITOFSKY
on behalf of Joint Debtor Maureen M. Weidman spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 52 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE:<br>　Philip A. Weidman<br><br>　Maureen M. Weidman<br><br>　Debtor(s). | Case No. 20−11825−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 12, 2025

For The Court

Timothy B. McGrath
Clerk of Court